Appellate Case: 14-1216   Document: 01019373463   Date Filed: 01/21/2015   Page: 1

**FILED**
United States Court of Appeals
Tenth Circuit

**January 21, 2015**

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

─────────────────────────────────────

ENERGY AND ENVIRONMENT LEGAL INSTITUTE; ROD LUECK,

    Plaintiffs - Appellants,

v.

JOSHUA EPEL; JAMES TARPEY; PAMELA PATTON, in their official capacities as Commissioners of the Colorado Public Utilities Commission,

    Defendants - Appellees,

and

ENVIRONMENT COLORADO; CONSERVATION COLORADO EDUCATION FUND; CONSERVATION COLORADO EDUCATION FUND; SIERRA CLUB; THE WILDERNESS SOCIETY; SOLAR ENERGY INDUSTRIES ASSOCIATION; INTERWEST ENERGY ALLIANCE,

    Intervenors - Defendants - Appellees.

No. 14-1216

─────────────────────────────────────

**ORDER**

─────────────────────────────────────

Before **TYMKOVICH**, **EBEL**, and **GORSUCH**, Circuit Judges.

─────────────────────────────────────

    This matter was argued by counsel and submitted to the court.  David Schnare argued

for the Appellant.  William Allen and  John Putnam argued for the Appellee.

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of the Court

Appellate Case: 14-1216     Document: 01019373463     Date Filed: 01/21/2015     Page: 2