From: dawn reeves <dawn.reeves@iwpnews.com>
To: Chris_Wolpert@ca10.uscourts.gov
Date: 01/21/2015 08:52 AM
Subject: Motion for Audio Recording of Arguments


To the judges of the 10th Circuit Court of Appeals:

This is Dawn Reeves, a reporter at Inside EPA, based in Washington, D.C., requesting an audio recording of oral arguments scheduled to be heard the morning of Jan. 21 in the case 14-1216 (Energy & Environmental Legal Institute v. Epel).
I was told I file a motion under 10th Circuit rule 34.1(E)(1) to obtain a recording, provided I give a reason. I am seeking a recording so that I can write an article on the arguments. I have been covering this case due to the high interest in it -- including its potential precedential value -- from our readership.
I understand that I should be able to obtain an emailed MP3 file of the arguments within 10 days, provided there are no objections.
I hope that the court will accept this motion. Please contact me if there any additional questions or issues that arise. I am also happy to provide copies of prior coverage of this case upon request.


Sincerely,

Dawn Reeves



Inside EPA/climate