From: "Timothy Fox" <fox@cvenergy.com>
To: 10th_circuit_clerk@ca10.uscourts.gov
Date: 01/21/2015 11:23 AM
Subject: Form submission from: Email the Clerk of Court
Sent by: webmaster@ca10.uscourts.gov

```
Submitted on Wednesday, January 21, 2015 - 11:22
Submitted by user:
Submitted values are:

Your Name: Timothy Fox
Your Email Address: fox@cvenergy.com
Subject: Oral Arguments for 14-1216
Message:
Good morning,

To introduce myself, my name is Timothy Fox and I'm a senior associate at
ClearView Energy Partners, LLC, a Washington DC-based energy and
environmental policy research firm for institutional investors and corporate
strategists. I cover the renewable power and alternative energy space.

I am VERY interested in a lawsuit (Energy & Environment Legal, et al.,
Appellants v. Epel, et al., 14-1216) that was heard in oral arguments on
January 21, 2015. The lawsuit pertains to the constitutional legality of
Colorado's renewable portfolio standard (RPS). Not only could this lawsuit
undo Colorado's existing RPS program, but ClearView agrees with the broad
consensus among energy policy analysts that this case could have significant
repercussions for other state RPS programs. Although no two programs are the
same, 29 states and Washington, D.C. have mandatory RPS programs, and nine
more have non-binding goals and this lawsuit could serve as a template to
gauge potential opportunity to challenge other state RPS programs in Court.

I have been following this lawsuit since its filing before the U.S. District
Court for Colorado in 2011. Our publications concerning this lawsuit have
been widely read by staff and administrators at the U.S. Department of
Energy, the Federal Energy Regulatory Commission (FERC), state regulators,
and several electric utilities serving Colorado and other states.

In addition, proposed changes to RPS programs garner a lot of attention in
media, both in and outside of Colorado. Each year, state legislatures
consider legislation to expand or weaken the programs, and we've observed
local media paying close attention and local residents getting involved as a
result.

I urge the Court to provide audio and/or a transcript of oral arguments.
Please feel free to contact me anytime with questions.

Best,
Timothy Fox
ClearView Energy Partners, LLC
209 Constitution Ave NE
Washington DC 20002
P: 202-506-5744
C: 215-510-0601
F: 202-747-1967
```


