**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 2, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

_____

ENERGY AND ENVIRONMENT
LEGAL INSTITUTE, et al.,

    Plaintiffs - Appellants,

v.                                                                  No. 14-1216

JOSHUA EPEL, et al.,

    Defendants - Appellees,

and

ENVIRONMENT COLORADO, et al.,

    Intervenors Defendants - Appellees.

_____

**ORDER**
_____

Before **TYMKOVICH**, **EBEL**, and **GORSUCH**, Circuit Judges.
_____

    This matter is before the court on reporter Dawn Reeve's request to release the oral argument recording for the hearing held in this appeal on January 21, 2015. Upon consideration, the motion is granted. The Clerk is directed to forward, via email, the MP3 recording of the oral argument hearing. That recording shall be forwarded to the

requesting reporter Dawn Reeves.

> Entered for the Court
>
> *Elisabeth A. Shumaker*
>
> ELISABETH A. SHUMAKER, Clerk